PERKINS & ASSOCIATES
ROBIN K. PERKINS (SBN 131252)
NATALIA D. ASBILL (SBN 281860)
300 Capitol Mall, Suite 1800
Sacramento, California  95814
Telephone:  (916)446-2000
Facsimile:   (916) 447-6400
Email: rperkins@perkins-lawoffice.com
           nasbill@perkins-lawoffice.com

Attorneys for Plaintiff
BRIANNA FIZULIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BRIANA FIZULIC,<br><br>   Plaintiff,<br><br>   v.<br><br>CELLCO PARTNERSHIP, a Delaware Partnership doing business in the State of California as VERIZON WIRELESS,<br><br>   Defendant. | Case 2:16-CV-01900-JAM-CKD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  08/11/16 |
|---|---|

Pursuant to Federal Rules of Civil Procedure, Rule 41, and this Court's Minute Order dated June 19, 2017, Plaintiff BRIANNA FIZULIC hereby requests this Court to dismiss her complaint with prejudice.

Dated: July 19, 2017                              PERKINS & ASSOCIATES



                                                  By:  /s/ Robin K. Perkins_____
                                                       Robin K. Perkins
                                                       Attorneys for Plaintiff

1

Plaintiff's Request for Dismissal                              *Fizulic v. Cellco Partnership*
                                                               Case No.: 2:16-CV-01900-JAM-CKD

## PROOF OF SERVICE

I am employed in the City and County of Sacramento, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 Capitol Mall, Suite 1800, Sacramento, CA 95814.

On this date, the following document(s):

## PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE

were served on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Carolyn G. Burnette
Jackson Lewis P.C.
400 Capitol Mall
Suite 1600
Sacramento, CA 95814

Service was accomplished by:

☒ **MAIL** – I am readily familiar with the firm's practice of collection and processing documents and correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on today's date with postage thereon fully prepaid at Sacramento, California in the ordinary course of business.

☐ **PERSONAL SERVICE** – I am readily familiar with this firm's practice regarding the use of courier services. Under that practice, the courier service would dispatch a courier to this firm to pick-up and personally deliver the document(s) by close of business on today's date to the above addressee(s).

☐ **OVERNIGHT DELIVERY** – I am readily familiar with the firm's practice of collecting and processing correspondence for shipping via overnight delivery service. Under that practice it would be deposited in an overnight delivery service pick-up box or office on the same day with fees thereon fully prepaid in the ordinary course of business.

☐ **ELECTRONIC MAIL** – I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee, listed on the service list

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 19, 2017 in Sacramento, California.

/s/ Russell Vreeland
Russell Vreeland